AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Vermont

| | |
|---|---|
| SCOTT TRAUDT,<br><br>              Plaintiff,<br><br>              v.<br><br>ERIC HOLDER, UNITED STATES OF AMERICA, and FEDERAL BUREAU OF INVESTIGATIONS,<br><br>              Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:12-cv-118 |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been Tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to trial or hearing before the Court. The issues Have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 24) filed April 26, 2013, plaintiff's Motion to Dismiss (Document No. 23) is GRANTED. This case is HEREBY DISMISSED.


Date:  April 26, 2013

 JEFFREY S. EATON
Clerk

*/s/Lisa Wright*
(By) Deputy Clerk